CV 08    00644

__Steven Bernal__
Petitioner

__Robert Horel et al.__
Respondent(s)

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

CRB

I, __Steven Bernal__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __No employer__

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __No prior work history__

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?   ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes  ☒ No
   d. Gifts or inheritances?   ☐ Yes  ☒ No
   e. Any other sources?   ☐ Yes  ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: __N/A__

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes  ☒ No
   If the answer is yes, state the total value of the items owned: __N/A__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes  ☑ No
   If the answer is yes, describe the property and state its approximate value: __N/A__

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A.__

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __1-11-07__
　　　　　　　　Date　　　　　　　　　　　　　　　　　　　　　Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____　　　　_____
　　　　　　　　Date　　　　　　　　　　　　　　　Authorized Officer of Institution/Title of Officer

Case Number:_____

CERTIFICATION OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Steven Michael Bernal  T53154</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.52</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>2.94</u>.       (20%= $0.59)

Dated: __1/10/08__                            _____
                                              Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-10-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 07, 2008

ACCOUNT NUMBER  : T53153                     BED/CELL NUMBER: BF0TL 000000178L
ACCOUNT NAME    : BERNAL, STEVEN MICHAEL     ACCOUNT TYPE: I
PRIVILEGE GROUP : B

                            TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE   DESCRIPTION      COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
------  ----   --------------   --------   ---------  --------  -----------  -------

07/01/2007     BEGINNING BALANCE                                              11.85

07/05  W514   VISION CARE C  007074505                            11.85        0.00
07/11*DD30    CASH DEPOSIT   0210 PH89              3.14                       3.14
08/17  W512   LEGAL POSTAGE  1303                                  2.47        0.67
12/14  W502   POSTAGE CHARG  2563                                  0.62        0.05
12/14  W502   POSTAGE CHARG  2563                                  0.02        0.03
12/14  W502   POSTAGE CHARG  2563                                  0.02        0.01
12/14  W502   POSTAGE CHARG  2563                                  0.02        0.01
12/14  W502   POSTAGE CHARG  2571                                  0.02        0.01
12/27  W502   POSTAGE CHARG  2716                                  0.02        0.01
```

```
                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/03/02                     CASE NUMBER: BA125782
COUNTY CODE   : LA                           FINE AMOUNT: $   110.00

   DATE        TRANS      DESCRIPTION                   TRANS. AMT.     BALANCE
   ----        -----      -----------                   -----------     -------

07/01/2007   BEGINNING BALANCE                                           147.50
07/11/07    DR30     REST DED-CASH DEPOSIT              3.47-            144.03

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

```
                            TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL        TOTAL       CURRENT      HOLDS       TRANSACTIONS
   BALANCE     DEPOSITS   WITHDRAWALS    BALANCE     BALANCE       TO BE POSTED
  ---------   ---------   -----------   ---------   ---------     ------------

    11.85       3.14         14.99        0.00        0.00            0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-10-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Kleppin
TRUST OFFICE