CV 08 00644 CRB

FILED

## PROOF OF SERVICE BY MAIL

08 JAN 28 AM 11: 01

### BY PERSON IN STATE CUSTODY

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTH DIST. OF CALIFORNIA

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Steven Bernal_____, declare:

I am over 18 years of age and a party to this action. I am a resident of _N. Crescent City_

_CA 95532. Pelican Bay State_____ Prison,

in the county of _Del Norte'_____,

State of California. My prison address is: _P.O. Bc\ 7500 Crescent City._

_CA. 95532._____

On _1-11-07_____,

(DATE)

I served the attached: _Civil complaint §1982_____

_____

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _1-11-07_____          _____

(DATE)                                 (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-