Dear Court Clerk, Richard W. Wieking

My name is Steven Bernal C.D.C# J-53154. I was assigned a case No: CV 08 00644 CRB. I was mailed a notice on this date 2-27-08, stating that I did not sufficiently file my informa pauperis due to the fact that I did use the correct I.F.P. form. I was told by the Law Library C.O., C.O. Reich that only the certificate of funds with the necessary authorized signature was necessary for a sufficient filing and thus she refused to sign the page 5 of the Informa Pauperis.

With the filing of the civil suit §1983 on January 28, 2008, I included the 6 month transaction of my trust account activity as well as a seal of the Pelican Bay trust account office with the authorized signature of the office certifying the amount and activity of my trust account. The problem is that, I was mailed back the full informa pauperis form but those copies were not mailed back to me. Plus I was ordered to respond within 30 days of the original filing date of Jan 28, 2008 even after only recieving the informa pauperis order on feb 27, 2008. exactly the last day of my limit. On feb, 25, according to the envelope containing the order, the documents were returned to sender due to not having my C.D.C.#. Now I don't know if I can just send the informa Pauperis form completed with

the exception of Pg. 5 since C.O. Reich of the Law Library (B-yard) refuses to sign or do I need to go through the whole process again with no days left on the time limit and with an administration that takes weeks to comply with I.F.P. requests.

To the best of my ability and under the tight time circumstances I am given I am trying to comply with all court Rules and orders. I have the Return to sender envelopes for evidence purposes.

CV 08 00644 CRB

FILED
08 JAN 28 AM 11:01
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Steven Bernal__, declare:

I am over 18 years of age and a party to this action. I am a resident of __P. Crescent City CA, 95532. Pelican Bay State__ Prison, in the county of __Del Norte__, State of California. My prison address is: __P.O. Box 7500, Crescent City, CA. 95532.__

On __1-11-07__,
(DATE)

I served the attached: __Civil complaint §1982__

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __1-11-07__
(DATE)                                    (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                         ::ODMA\PCDOCS\WORDPERFECT\22832\1
-9-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV 0~ 00844**

**CRB**

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. \_\_\_\_ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   ✓ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   \_\_\_\_ Your In Forma Pauperis Application was not completed in its entirety.

   \_\_\_\_ You did not sign your In Forma Pauperis Application.

   \_\_\_\_ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   \_\_\_\_ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   \_\_\_\_ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
    Deputy Clerk

rev. 10/25/07

*BERNAL*

**CV 08    00644    CRB**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.  **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

B.  **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
9
10
11   sTeven Bernal       Plaintiff,       CASE NO. CV 08 00644 CRB

12   vs.                                  **PRISONER'S**
                                          **APPLICATION TO PROCEED**
13   RoBERT HoREL, ET AL.                 **IN FORMA PAUPERIS**

14                       Defendant.
15
16          I, sTeven Bernal         , declare, under penalty of perjury that I am the
17   plaintiff in the above entitled case and that the information I offer throughout this application
18   is true and correct. I offer this application in support of my request to proceed without being
19   required to prepay the full amount of fees, costs or give security. I state that because of my
20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am
21   entitled to relief.
22          In support of this application, I provide the following information:
23   1.     Are you presently employed?  Yes ____  No X
24   If your answer is "yes," state both your gross and net salary or wages per month, and give the
25   name and address of your employer:
26   Gross: _____  Net: _____
27   Employer: _____
28   _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   _____
5   _____
6   _____
7   2.      Have you received, within the past twelve (12) months, any money from any of the
8   following sources:
9       a.      Business, Profession or                  Yes ____ No _X_
10              self employment
11      b.      Income from stocks, bonds,               Yes ____ No _X_
12              or royalties?
13      c.      Rent payments?                           Yes ____ No _X_
14      d.      Pensions, annuities, or                  Yes ____ No _X_
15              life insurance payments?
16      e.      Federal or State welfare payments,       Yes ____ No _X_
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.      Are you married?                             Yes ____ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.      a.      List amount you contribute to your spouse's support:$ _____

1      b.     List the persons other than your spouse who are dependent upon you for
2             support and indicate how much you contribute toward their support. (NOTE:
3             For minor children, list only their initials and ages. DO NOT INCLUDE
4             THEIR NAMES.).

5 _____

6 _____

7   5.     Do you own or are you buying a home?        Yes \_\_\_   No _X_

8 Estimated Market Value: $_____    Amount of Mortgage: $_____

9   6.     Do you own an automobile?                 Yes \_\_\_   No \_\_\_

10 Make _____   Year _____   Model _____

11 Is it financed? Yes \_\_\_ No \_\_\_ If so, Total due: $ _____

12 Monthly Payment: $ _____

13   7.     Do you have a bank account? Yes \_\_\_ No \_\_\_ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $ _____

17 Do you own any cash? Yes \_\_\_ No _/_ Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.) Yes \_\_\_ No _/_

20 _____

21   8.     What are your monthly expenses?

22 Rent: $ _____    Utilities: _____

23 Food: $ _____    Clothing: _INCARCERATED_

24 Charge Accounts:

25 Name of Account         Monthly Payment         Total Owed on This Acct.

26 _____   $ _____   $ _____

27 _____   $ _____   $ _____

28 _____   $ _____   $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No _✓_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 2-27-08                           /s/ [signature]
17    DATE                           SIGNATURE OF APPLICANT

Case Number: CV 08-00644 CRB

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  Steven Bernal  for the last six months
[prisoner name]
 Pelican Bay STATE Prison  where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                      _____
                                       [Authorized officer of the institution]

- 5 -



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RTS JOC #
NEED

RECEIVED CRB
FEB 25 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Steven Bernard # T-53154
B-4-128 Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

PELICAN BAY
G.P. UNIT B-4