Dear Court clerk.

My name is Steven Bernal C.D.C.# T-53154 inmate housed in Pelican Bay State Prison. The reason I am writing is because on Jan 28, 2008 my 42 U.S.C § 1983, demand for jury trial, summons was filed and given a case no: CV 08 00644 CRB, however in february 2008 I recieved a notice that stated that my I.F.P was not completed I was not sure what exactly was missing and submitted what I thought was missing. It's been 3 months and I haven't heard from the courts. I'm looking foward to litigate this matter as soon as possible, but don't know the state of case as it stands now, or what to do next. I appreciate if I could receive an update in the status of my case and what I must do now.

thank you.

Steven [signature]



IN RE:
Steven Bernal v. Robert Horel
Case no: CV 08 00644 CRB

CONTACT
Steven Bernal
C.D.C.# T-53154
P.B.S.P
P.O. Box 7500
Crescent City, CA 95532

C08-644 CRB

FILED
RECEIVED
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
MAY 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

