Dear Court Clerk,

My name is Steven Bernal C.D.C.# T-53154, inmate housed in Calipatria State Prison. The reason I am writing is because I have a case pending, case no: CV 08 00644 CRB. Complaint was recieved and filed Jan 28, 2008; however I was housed in Pelican Bay State Prison when complaint was filed and as of June 25th I was transfered to Calipatria State Prison. This is a notice of Address change as well as a request for Status Report update.

Thank you for your time.

(CONTACT:)
NEW ADDRESS.
STEVEN BERNAL,
C.D.C.# T-53154
C-3-225 CALIPATRIA STATE PRISON
P.O. Box 5006.
Calipatria, CA. 92233.

FILED
RECEIVED
JUL -2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA




STEVEN BERNAL C.D.C.# T-53154
C-3-208 CALIPATRIA STATE PRISON
P.O.B 5006
CALIPATRIA, CA 92233

9410241360

U.S. DIST. COURT
NORTHERN DIST. CA.
P.O.B. 36060
S.F. CA. 94102-0896

*legal work*

GENERATED FROM
CALIPATRIA STATE PRISON

02 1A
0004627869
MAILED FROM ZIP CODE 92233
UNITED STATES POSTAGE
$ 00.00°
PITNEY BOWES
JUN 30 2008

*legal work*